1  GEORGE A. RILEY (State Bar No. 118304)
   LUANN L. SIMMONS (State Bar No. 203526)          **E-filed 9/6/06**
2  O'MELVENY & MYERS LLP
   Embarcadero Center West
3  275 Battery Street
   San Francisco, California  94111
4  Telephone:   (415) 984-8700
   Facsimile:   (415) 984-8701
5  E-Mail:      griley@omm.com
                lsimmons@omm.com
6
   DAVID M. FURBUSH (State Bar No. 83447)
7  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
8  Menlo Park, California  94025
   Telephone:   (650) 473-2600
9  Facsimile:   (650) 473-2601
   E-Mail:      dfurbush@omm.com
10
   Attorneys for Nominal Defendant
11 APPLE COMPUTER, INC.

12                      **UNITED STATES DISTRICT COURT**

13                      **NORTHERN DISTRICT OF CALIFORNIA**

14 | MICHAEL PRIEBE and CYNTHIA PRIEBE, | Case No. C 06-04703-WHA |

15          Plaintiffs,

16      v.                                          **STIPULATION AND [PROPOSED]
                                                    ORDER EXTENDING TIME FOR**
17 STEVEN P. JOBS, FRED D. ANDERSON,                **DEFENDANTS TO RESPOND TO
   WILLIAM V. CAMPBELL, MILLARD S.                  COMPLAINT**
   DREXLER, ALBERT A. GORE, JR.,
18 ARTHUR D. LEVINSON, JEROME B.
   YORK, EDGAR S. WOLLARD, JR.,
19 GARETH C. C. CHANG, DELANO E.
   LEWIS, KATHERINE M. HUDSON,
20 JONATHAN RUBINSTEIN, TIMOTHY D.
   COOK, AVADIS TEVANIAN, JR.,
21 GUERRINO DE LUCA, ROBERT
   CALDERONI, and MITCHELL MANDICH,
22          Defendants,

23      - and -

24 APPLE COMPUTER, INC.,
   a California corporation,
25          Nominal Defendant.

26
27
28

STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-04703-WHA

1   IT IS HEREBY STIPULATED by and between Plaintiffs Michael Priebe and Cynthia

2   Priebe ("Plaintiffs") and Nominal Defendant Apple Computer, Inc. ("Apple") as follows:

3   WHEREAS, Plaintiffs filed their complaint against Apple on August 2, 2006; and

4   WHEREAS, Apple's undersigned counsel have obtained authorization to accept service

5   of process on behalf of Apple and several of the individual defendants, and are in the process of

6   seeking such authority from others, and are discussing representation issues with the individual

7   defendants;

8   WHEREAS, Plaintiffs have agreed to extend to October 6, 2006, the time for all

9   defendants to move or plead in response to Plaintiffs' complaint;

10  NOW, THEREFORE, pursuant to Civil Local Rule 6-1, the parties hereby stipulate as

11  follows:

12  All defendants who have been served to date, and all defendants who shall subsequently

13  accept service and request to be covered by this stipulation, shall have an extension of time to

14  answer or otherwise respond to Plaintiffs' complaint to October 6, 2006.

15  IT IS SO STIPULATED.

16  Dated:  August 17, 2006                        GEORGE A. RILEY
                                                   DAVID M. FURBUSH
17                                                 LUANN L. SIMMONS
                                                   O'MELVENY & MYERS LLP
18

19
                                                   By: /s/Luann L. Simmons
20                                                              Luann L. Simmons

21                                                 Attorneys for Nominal Defendant
                                                   APPLE COMPUTER, INC.
22

23  Dated:  August 17, 2006                        PETER A. BINKOW
                                                   GLANCY BINKOW & GOLDBERG LLP
24

25
                                                   By:/s/Peter A. Binkow
26                                                              Peter A. Binkow

27                                                 Attorneys for Plaintiffs
                                                   MICHAEL PRIEBE and CYNTHIA PRIEBE
28

STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-04703-WHA

-2-

1 | **CERTIFICATION OF CONCURRENCE**

2 | I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Peter A. Binkow.

Dated:  August 17, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP


By:/s/Luann L. Simmons
           Luann L. Simmons

Attorneys for Nominal Defendant
APPLE COMPUTER, INC.

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  9/5/06

_____
The Honorable William H. Alsup
United States District Judge
Jeremy Fogel

MP1:986078.1