\*\*E-filed 10/6/06\*\*

GEORGE A. RILEY (State Bar No. 118304)
LUANN L. SIMMONS (State Bar No. 203526)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, California  94111
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701
E-Mail:      griley@omm.com
             lsimmons@omm.com

DAVID M. FURBUSH (State Bar No. 83447)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:   (650) 473-2600
Facsimile:   (650) 473-2601
E-Mail:      dfurbush@omm.com

Attorneys for Individual Defendants STEVEN P. JOBS,
FRED D. ANDERSON, WILLIAM V. CAMPBELL,
MILLARD S. DREXLER, ALBERT A. GORE, JR.,
ARTHUR D. LEVINSON, JEROME B. YORK,
JONATHAN RUBINSTEIN, TIMOTHY D. COOK,
AVADIS TEVANIAN, JR., GUERRINO DE LUCA,
ROBERT CALDERONI, and MITCHELL MANDICH
and Nominal Defendant APPLE COMPUTER, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL PRIEBE and CYNTHIA PRIEBE,<br><br>    Plaintiffs,<br><br>  v.<br><br>STEVEN P. JOBS, FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT A. GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK, EDGAR S. WOLLARD, JR., GARETH C. C. CHANG, DELANO E. LEWIS, KATHERINE M. HUDSON, JONATHAN RUBINSTEIN, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., GUERRINO DE LUCA, ROBERT CALDERONI, and MITCHELL MANDICH,<br><br>    Defendants,<br><br> - and -<br><br>APPLE COMPUTER, INC.,<br>a California corporation,<br><br>    Nominal Defendant. | Case No. C 06-04703-JF<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

1  IT IS HEREBY STIPULATED by and between Plaintiffs Michael Priebe and Cynthia Priebe ("Plaintiffs") and Individual Defendants Steven P. Jobs, Fred D. Anderson, William V. Campbell, Millard S. Drexler, Albert A. Gore, Jr., Arthur D. Levinson, Jerome B. York, Jonathan Rubinstein, Timothy D. Cook, Avadis Tevanian, Jr., Guerrino De Luca, Robert Calderoni, Mitchell Mandich and Nominal Defendant Apple Computer, Inc. ("Defendants") as follows:

WHEREAS, Plaintiffs filed their complaint against Apple on August 2, 2006;

WHEREAS, Defendants are currently scheduled to respond to Plaintiffs' Complaint by October 6, 2006;

WHEREAS, counsel are engaged in discussing the possibility of consolidation of this matter with related cases and/or the subsequent filing of a consolidated complaint;

WHEREAS, the undersigned parties wish to further judicial efficiency by deferring responsive pleadings until such time as consolidation issues are addressed;

NOW, THEREFORE, pursuant to Local Rule 6-1, the undersigned parties hereby stipulate as follows:

All defendants who have been served to date, and all defendants who shall subsequently accept service and request to be covered by this stipulation, shall have a further extension of time to answer or otherwise respond to 30 days after the filing of a consolidated complaint, <u>or</u> in the event that the Court denies the forthcoming motion for consolidation, the above-described defendants shall answer or otherwise respond to Plaintiffs' Complaint no later than 30 days after such denial.

IT IS SO STIPULATED.

Dated:  October 5, 2006

        GEORGE A. RILEY
        DAVID M. FURBUSH
        LUANN L. SIMMONS
        O'MELVENY & MYERS LLP

By:     /s/ Luann L. Simmons
          Luann L. Simmons

Attorneys for Individual Defendants STEVEN P. JOBS, FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER,

| | |
|---|---|
| 1 | ALBERT A. GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK, JONATHAN RUBINSTEIN, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., GUERRINO DE LUCA, ROBERT CALDERONI, and MITCHELL MANDICH and Nominal Defendant APPLE COMPUTER, INC. |
| 6  Dated: October 5, 2006 | PETER A. BINKOW<br>GLANCY BINKOW & GOLDBERG LLP |
| | By:       /s/ Peter A. Binkow<br>            Peter A. Binkow |
| | Attorneys for Plaintiffs<br>MICHAEL PRIEBE and CYNTHIA PRIEBE |

### CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Peter A. Binkow.

| | |
|---|---|
| Dated: October 5, 2006 | GEORGE A. RILEY<br>DAVID M. FURBUSH<br>LUANN L. SIMMONS<br>O'MELVENY & MYERS LLP |
| | By:/s/Luann L. Simmons<br>         Luann L. Simmons |
| | Attorneys for Individual Defendants STEVEN P. JOBS, FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT A. GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK, JONATHAN RUBINSTEIN, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., GUERRINO DE LUCA, ROBERT CALDERONI, and MITCHELL MANDICH and Nominal Defendant APPLE COMPUTER, INC. |

**[PROPOSED] ORDER**

       Pursuant to stipulation, IT IS SO ORDERED.

Dated:   10/6/06

_____
The Honorable Jeremy Fogel
United States District Judge

MP1:988723.1

-3-
STIP. & PROPOSED ORDER EXTENDING TIME TO RESPOND TO COMPL. - C 06-04703-JF