| | |
|---|---|
| GEORGE A. RILEY (State Bar No. 118304)<br>LUANN L. SIMMONS (State Bar No. 203526)<br>O'MELVENY & MYERS LLP<br>Embarcadero Center West<br>275 Battery Street<br>San Francisco, California  94111<br>Telephone:   (415) 984-8700<br>Facsimile:    (415) 984-8701<br>E-Mail:         griley@omm.com<br>                     lsimmons@omm.com | *efiled 10/13/06 |

DAVID M. FURBUSH (State Bar No. 83447)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025
Telephone:   (650) 473-2600
Facsimile:    (650) 473-2601
E-Mail:         dfurbush@omm.com

Attorneys for Individual Defendants STEVEN P. JOBS, FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT A. GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK, JONATHAN RUBINSTEIN, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., GUERRINO DE LUCA, ROBERT M. CALDERONI, and MITCHELL MANDICH and Nominal Defendant APPLE COMPUTER, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL PRIEBE and CYNTHIA PRIEBE,<br><br>                Plaintiffs,<br><br>    v.<br><br>STEVEN P. JOBS, FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT A. GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK, EDGAR S. WOLLARD, JR., GARETH C. C. CHANG, DELANO E. LEWIS, KATHERINE M. HUDSON, JONATHAN RUBINSTEIN, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., GUERRINO DE LUCA, ROBERT CALDERONI, and MITCHELL MANDICH,<br><br>                Defendants,<br><br>  - and -<br><br>APPLE COMPUTER, INC.,<br>a California corporation,<br><br>                Nominal Defendant. | Case No. C 06-04703-JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES** |

1  IT IS HEREBY STIPULATED by and between Plaintiffs Michael Priebe and Cynthia Priebe ("Plaintiffs") and Individual Defendants Steven P. Jobs, Fred D. Anderson, William V. Campbell, Millard S. Drexler, Albert A. Gore, Jr., Arthur D. Levinson, Jerome B. York, Jonathan Rubinstein, Timothy D. Cook, Avadis Tevanian, Jr., Guerrino De Luca, Robert M. Calderoni, Mitchell Mandich and Nominal Defendant Apple Computer, Inc. ("Defendants") as follows:

WHEREAS, the undersigned parties are currently discussing consolidation of this case with other similar cases pending in this Court and/or the filing of a consolidated complaint. The undersigned parties are diligently working on finalizing a stipulation to consolidate the cases. The undersigned parties believe that it serves the interests of judicial economy and efficiency to defer the pending Case Management Conference and associated dates to a time when consolidation issues have been addressed and the Case Management Conference can encompass all similar actions in one proceeding.

NOW, THEREFORE, pursuant to Local Rule 6-1, the undersigned parties stipulate and respectfully request that the Court enter an order continuing the Case Management Conference to the Court's first available date that falls at least 30 days after entry of the Court's Order appointing lead plaintiffs' counsel, with all associated dates continued to equivalent periods prior to the rescheduled Case Management Conference as per applicable local rules.

IT IS SO STIPULATED.

Dated: October 10, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By:          /s/ Luann L. Simmons
                 Luann L. Simmons

Attorneys for Individual Defendants STEVEN P. JOBS, FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT A. GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK, JONATHAN RUBINSTEIN, TIMOTHY D. COOK, AVADIS TEVANIAN, JR.,

|   |   |
|---|---|
| 1 | GUERRINO DE LUCA, ROBERT M. CALDERONI, and MITCHELL MANDICH and Nominal Defendant APPLE COMPUTER, INC. |
| 2 |  |
| 3 |  |
| 4 | Dated: October 10, 2006     PETER A. BINKOW |
| 5 | GLANCY BINKOW & GOLDBERG LLP |

By:  _/s/ Peter A. Binkow_
    Peter A. Binkow

Attorneys for Plaintiffs
MICHAEL PRIEBE and CYNTHIA PRIEBE

### CERTIFICATION OF CONCURRENCE

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Peter A. Binkow.

Dated: October 10, 2006

GEORGE A. RILEY
DAVID M. FURBUSH
LUANN L. SIMMONS
O'MELVENY & MYERS LLP

By:  _/s/ Luann L. Simmons_
    Luann L. Simmons

Attorneys for Individual Defendants STEVEN P. JOBS, FRED D. ANDERSON, WILLIAM V. CAMPBELL, MILLARD S. DREXLER, ALBERT A. GORE, JR., ARTHUR D. LEVINSON, JEROME B. YORK, JONATHAN RUBINSTEIN, TIMOTHY D. COOK, AVADIS TEVANIAN, JR., GUERRINO DE LUCA, ROBERT M. CALDERONI, and MITCHELL MANDICH and Nominal Defendant APPLE COMPUTER, INC.

1 **[PROPOSED] ORDER**

2  Pursuant to stipulation, IT IS SO ORDERED.

3  Dated: 10/13/06   _____

4

5

6  _____
The Honorable Jeremy Fogel
United States District Judge

7  MP1:989022.1

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28